Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | ) | Bankruptcy No. 08-21446 WTT |
| --- | --- | --- |
|  | ) | Chapter 7 |
| DESERT SAGE CONTRACTORS, L.L.C., | ) |  |
|  | ) | **DEPOSIT OF FUNDS FOR SMALL** |
| Debtor. | ) | **CLAIMS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2. The following creditors were to have received a 0.59% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
| --- | --- | --- |
| 1 | Mobile Storage Group Inc.<br>7590 North Glenoaks Blvd<br>Burbank, CA 91504 | $2.66 |



| | | |
|---|---|---|
| 3 | Kelly Services Inc.<br>999 West Big Beaver Road<br>Troy, MI 48084 | $1.53 |
| 7 | Savage Scaffold & Eq. Co., Inc.<br>728 West 200 South<br>Salt Lake City, UT 84104 | $3.75 |
| 8 | Wasatch Steel, Inc.<br>c/o Richard Caning, Attorney<br>420 East South Temple, Suite 470<br>Salt Lake City, UT 84111 | $3.24 |
| 11 | Questar Gas<br>Bankruptcy DNR 244<br>1140 West 200 South<br>PO Box 3194<br>Salt Lake City, UT 84110 | $1.96 |

3.    A check in the amount of $13.14 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this 15th day of October, 2010.

_____
Gary E. Jubber, Trustee

ND: 4837-4876-2882, v. 1                                   2

## CERTIFICATE OF SERVICE

I hereby certify that on the __19__ day of October, 2010, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111